Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–27933–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Kelvin David Osorio
　18 Roosevelt Ave
　Apt. A
　Carteret, NJ 07008

Social Security No.:
　xxx–xx–0180

Employer's Tax I.D. No.:

## FINAL DECREE

　　The estate of the above named debtor(s) has been fully administered.

　　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　　ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 31, 2024</u>　　　　　　　<u>Mark Edward Hall</u>
　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court